THE STATE OF OHIO, APPELLANT, *v.* SNELL, APPELLEE.

[Cite as *State v. Snell* (1998), 83 Ohio St.3d 567.]

(No. 97–2492—Submitted October 13, 1998—Decided November 18, 1998.)

*Paul F. Kutscher, Jr.,* Seneca County Prosecuting Attorney, and *Kenneth H. Egbert, Jr.,* Assistant Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The cause is remanded to the trial court to conduct a sexual predator classification hearing pursuant to R.C. 2950.09(C)(2).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.